IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2005 JUL -1 PM 1:38

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * Case No. 99-cr-256-01(PG) |
| MARGARITA FONSECA-BERMUDEZ, | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF CHANGE OF ADDRESS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now Comes, Margarita Fonseca-Bermudez, defendant in the above styled case, acting Pro-Se, hereby respectfully request this Honorable court to change her address on records as follows:

> Margarita Fonseca-Bermudez
> Reg. No. 18157-069
> F.D.C. Unit 3C
> P.O. Box 2147
> Guaynabo, Puerto Rico 00922-2147

Respectfully submitted;

*Margarita Fonseca Bermudez*
Margarita Fonseca-Bermudez
Pro-Se

Date: 6/22/      , 2005

## CERTIFICATE OF SERVICE

I, Margarita Fonseca-Bermudez, certify under penalty of perjury that she timely filed the foregoing document: Notice of change of address to the clerk of the court for the U.S. District court of Puerto Rico, this: 6-22 ,2005. by certified mail No.:

7000 1670 0010 9657 1978

Respectfully submitted;

*Margarita Fonseca Bermudez*
Margarita Fonseca-Bermudez
Pro-Se

Date: 6-22-5 , 2005