Margarita Fonseca Bermudez
Reg: NO. 18157-069 - 3C
M. D. C. Guaynabo P.O. Box 2147
San Juan P. R. 00922

US DJ. Juan M. Perez Gimenez
united states District court
Distric of Puerto Rico
Room 150 Federal Bldg.

Reg. NO. 99-256 - PG
29- Febrero - 2007

Me dirijo una vez más a usted muy
respetuosamente, Pidiendole Consideracion de una
Supervicion electronica (Grillete) terminar la
Sentencia que Me resta en la casa de mi
Sra. Madre, Maria Bermudez, Ella se encuentra
muy delicada de salud. diabetis, Altritis cronica
Canser en los huesos, Colesterol, precion Alta y
los Nervios. Tengo dos hijos menores de Edad
que Necesitan Cuido. yo E Echo Mas de la mitad
de mi sentencia, tengo Mi recor limpio durante
Mi sentencia, Me Mantengo trabajando, Estudiando.
yo No me Consentuo peligrosa para la Sociedad
he Imuoco a su Sencivilidad de ser humano y
Le ruego Me reconsidere a lo Solicitado.
        Las gracias anticipada por su acostumbra

Atencion, Queda de usted.

att

Margarita Fonseca Bermudez
#18157-069.