AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

UNITED STATES OF AMERICA                **APPEARANCE**

v.                                       CRIMINAL NO. 99-256(PG)

MARGARITA FONSECA BERMUDEZ

To the Clerk of this court and all parties of record:

Enter my appearance as **counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

S/Jenifer Y. Hernandez-Vega
*USDC No.* 216002
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787)766-6222
Email: jenifer.hernandez@usdoj.gov
Dated:  January 30, 2008

**Notice of Appearance**
**Page 2**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

    At San Juan, Puerto Rico this 30th day of January, 2008.

    S/*Jenifer Y. Hernandez-Vega*
    Attorney for Plaintiff