Honorable Juez M. Perez Gimenez
Tribunal Federal
Distrito de Puerto Rico

Margarita Fonseca Bermudez
#18157-069   Unit 3-C
Caso 3 99 CR 00256 (PG)

RECEIVED & FILED
2008 MAR 11  PM 3 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Honorable Juez:

El motivo de mi carta es para saber el estatus de una moción que envié, la cual mi hermano también radicó personalmente. No he tenido contestación de la misma. He tenido conocimiento que por el cargo base de cocaína, recivió una reducción de dos niveles en las guías de sentencia. Respetuosamente solicito al Honorable Tribunal que examine mi caso y de tener derecho a la reducción de dos puntos menos de mi sentencia. Mi caso fué para el año 1999, fuí sentenciada en el año 2001 a 135 meses y 5 años de provatoria con un nivel de 32 y $100.00 dolares de multa. Llevo 8½ encarcelada ya. Cualifico para la media casa en septiembre del 2008. Mi conducta ha sido excelente, he participado en inumerables cursos. En éste año he disfrutado de dos pases a mi hogar y he compartido con mi familia. Le notifico que no tengo abogado para que me represente en ésta moción, de yo cualificar. ¡Muchas Gracias!

Sinceramente,
Margarita Fonseca Bermudez