From: Margarita Seneca Bermudez #18157-069
Metropolitan Detention Center
P.O. Box 2005 Unit 3-C
Cataño, P.R. 00963-2005

"Legal"

To: Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan, P.R. 00918-1767