AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Margarita FONSECA-BERMUDEZ** | ) Case No: 99 CR 00256-01 (PG) |
| | ) USM No: 18157-069 |
| Date of Previous Judgment: January 12, 2001 | ) AFPD-Hector RAMOS-VEGA |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ___ to ___ months   Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

   This is not a crack cocaine case and reduction is not applicable

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: September 16, 2008            s/Juan M. Pérez-Giménez
                                                            Judge's signature

Effective Date: _____            JUAN M. PEREZ-GIMENEZ, US DISTRICT JUDGE
   (if different from order date)                Printed name and title